The judgment is reversed and the cause remanded.

### Ex parte McDONALD.
### No. 26083.

Court of Criminal Appeals of Texas.
Nov. 12, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

This is an appeal from the order of the Judge of the Criminal District Court No. 2 of Dallas County refusing the relator's application for bail.

The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment is affirmed.